■ JANICE C. BEADLE, Individually and as Administratrix of the Estate of CARLTON W. BEADLE, Deceased, Appellant, v MORGAN CONSTRUCTION COMPANY et al., Respondents, et al., Defendant. [727 NYS2d 679] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gerace, J. (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Pine, Scudder and Burns, JJ.